```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

PHILLIP DEWAYNE STEWART                                    PLAINTIFF

v.                           Case no. 14-6027

RAY HOBBS; R. NAYLOR; J. KING;
HOOT GIBSON; KEITH WADDLE; M.D.
REED; JADA LAWRENCE; LT. CLARK;
and B. HOLLIMAN
                                                           DEFENDANTS

## ORDER

Now on this 26th day of May, 2015, there comes on for consideration the report and recommendation (Doc. 37) of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas in regard to Plaintiff's *pro se* motion to dismiss (Doc. 36). No objections were filed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion is GRANTED and Plaintiff's amended complaint (Doc. 16) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge